

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| KENNETH R. LYLE and LINDA L. MORRISON, Individually and as Trustee of the RUTH MARY LOCKE BARD TRUST, | § | No. 08-19-00216-CV |
| | § | Appeal from the |
| Appellants, | § | |
| | § | 83rd Judicial District Court |
| v. | § | |
| | § | of Pecos County, Texas |
| MIDWAY SOLAR, LLC, GARY D. DRGAC, ET AL., | § | (TC# P-7991-83-CV) |
| | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes that the trial court did not err in granting summary judgment on Appellants' claims for trespass and breach of contract, but should have made its dismissal without prejudice. As the judgment of this Court, we therefore reform the dismissal of Appellants' claims against Midway Solar, LLC and Gary D. Drgac on the trespass and breach of contract claims to be without prejudice.

Further, the trial court erred in granting summary judgment to Midway and Drgac on Appellants' claim for quiet title as it pertains to the waiver forms for Carol D. Sweeney, Glen V. Duston, the Joanne L. Marren Declaration Trust and Jan C. Ice. It did not err in granting summary judgment to Midway and Drgac on the quiet title claim germane to the waiver forms for Ralph H.

1

Perry III, Stephen W. Miller, and Susan Madeley Stevenson. In addition, we conclude that the trial court erred in refusing to grant Appellants' cross-motion for summary judgment on their request for declaratory relief on their quiet title claim with respect to Carol D. Sweeney, Glen V. Duston, the Joanne L. Marren Declaration Trust, and Jan C. Ice. We therefore remand the matter to the trial court for the entry of an appropriate judgment quieting title in Appellants' mineral estate as to those parties.

The trial court erred in granting summary judgment for all the surface waiver defendants individually because they never moved for summary judgment. These claims are remanded for further proceedings not inconsistent with this Court's opinion.

We further order that the parties shall each bear their own respective costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF DECEMBER, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.